**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1576**

———————

HARRY S. LEAR,

Plaintiff - Appellant,

versus

GIANT FOODS INC.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-3691-JFM)

———————

Submitted:  September 5, 1996      Decided:  September 13, 1996

———————

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Harry S. Lear, Appellant Pro Se.  Robert G. Ames, Karen D. Woodard,
VENABLE, BAETJER, HOWARD & CIVILETTI, Washington, D.C., for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lear v. Giant Foods Inc.</u>, No. CA-95-3691-JFM (D. Md. Mar. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>